**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
FEDERAL INSURANCE COMPANY,
                Plaintiff,

                                                            18 **CIV** 11119 (JPO)

           -against-                **DEFAULT JUDGMENT**

CLE TRANSPORTATION, INC.,
                Defendant.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated March 30, 2020, Plaintiff's motion for entry of default judgment is granted; Plaintiff is awarded $96,850.96 in compensatory damage, as well as prejudgment interest at the federal statutory rate of 1.62% from December 5, 2017, to the date of judgment in the amount of $3,640.88, for a total sum of $100,491.84; accordingly, this case is closed.

**DATED**: New York, New York
           March 31, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**

**BY:** _____
                                                           **Deputy Clerk**